**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | Case No. 2:23-cv-3604 |
| | : | 2:23-cv-3606 |
| Plaintiff, | : | 2:23-cv-3760 |
| | : | 2:23-cv-3782 |
| vs. | : | 2:23-cv-3786 |
| | : | 2:23-cv-3928 |
| CANAL SMOKE & VAPE SHOP INC., *et al.*, | : | 3:23-cv-351 |
| | : | |
| | : | District Judge Walter H. Rice |
| Defendants. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |

## ORDER OF REFERENCE

These cases are hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation(s) and shall report to District Judge Walter H. Rice whether they have resulted in settlement of these cases.

**IT IS SO ORDERED.**

March 12, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator